JPML. FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/11/25 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-4), CERT. OF SERVICE -- filed by Certain Shareholder Defendants (Continental Federal Savings & Loan Assn., Duncan Savings & Loan Assn., Fairview Savings & Loan Assn., Family Federal Savings & Loan, Fidelity Federal Savings & Loan Assn, First Federal Savings & Loan Assn. of Wewoka, First Western Savings & Loan Assn., Green Country Federal Savings & Loan Assn., Home Federal Savings and Loan Assn., Home Savings Bank, F.A., Liberty Federal Savings & Loan Assn. of Enid, Mid-America Federal Savings & Loan Assn. & Loan, Mutual Federal Savings & Loan Assn., Okmulgee Federal Savings & Loan Assn., Phoenix Federal Savings & Loan Assn., Sooner Federal Savings & Loan Assn., Stillwater Savings & Loan Assn., and Victor Federal Savings & Loan Assn.) -- SUGGESTED TRANSFEREE DISTRICT:  Western District of Oklahoma; SUGGESTED TRANSFERE JUDGE:  ?  (cds) |
| 86/12/04 | 2 | REQUEST FOR EXTENSION OF TIME -- Florida Federal Savings & Loan Association and Harvey G. Ziegler -- GRANTED TO ALL PARTIES TO AND INCLUDING DECEMBER 29, 1986 (rh) |
| 86/12/04 | 3 | REQUEST FOR EXTENSION OF TIME -- First Federal Savings Bank & Trust -- GRANTED TO ALL PARTIES TO AND INCLUDING DECEMBER 29, 1986   (rh) |

Case MDL No. 718   Document 1   Filed 06/11/15   Page 2 of 44

JP*ML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/12/05 | | APPEARANCES: JAMES W. ERWIN, ESQ. for Mercantile Bank National Assn.; LOWELL E. SACHNOFF, ESQ. for Edwin J. Musil, etc.; PAUL T. DYE, ESQ. for Fouth & Broadway Associates, Ltd., et al.; AUDREY G. FLEISSIG, ESQ. AND LEWIS R. MILLS, ESQ. for A. G. Edwards & Sons, Inc.; TOM A. FRAILEY, ESQ. for Robert P. Bates, First Federal Savings & Loan Assn. of Chickasha, OK, First Federal Savings & Loan Assn. of Elk City, OK; MICHAEL W. MITCHEL, ESQ. for Darrell Dearson; J. ROGER HENSON, ESQ. for Lee White, First Federal Savings & Loan Assn. of Shawnee, OK; ALAN I. ROTHENBERG, ESQ. for Harvey G. Ziegler, Florida Federal Savings & Loan Assn.; JAMES W. STEWART, ESQ. for Homestead Savings & Loan Assn.; CLIFTON D. NAIFEH, ESQ. for Investors Federal Bank, F.S.B., Great Plains Federal Savings & Loan Assn. of Weatherford, OK, United Federal Savings & Loan Assn. of Durant, OK; FLETCHER D. HANDLEY, JR., ESQ. for OK Federal Savings & Loan Assn. of El Reno, OK; PETER B. BRADFORD, ESQ. for David L. Houston, Northwest Federal Savings & Loan Assn.; MICHAEL H. WESTMORE, ESQ. for Joseph T. Walsh, Dubail, Judge, Kilker, O'Leary & Smith; MERRILYN L. BLACKBURN, ESQ. for Gene Arwood, William L. Davis, Earl Meyer; PAUL BRACKMAN, ESQ. for Frontier Federal Savings & Loan Assn.; TERRY L. LISTER, ESQ. for The Heitner Corp.; MICHAEL E. SOILEAU, ESQ. for David Namer, Financial Management Services, Inc.; LORENZO T. COLLINS, ESQ. for Peoples Federal Savings & Loan Assn. of Ardmore; JAMES K. LARIMORE, ESQ. for Savings Investment Service Corp.; JOHN M. CLEAR, ESQ. for Continental Federal Savings & Loan Assn., Duncan Savings & Loan Assn., Fairview Savings & Loan Assn., Family Federal Savings & Loan Assn., Fidelity Federal Savings & Loan Assn., First Federal Savings & Loan Assn. of Wewoka, First Western Savings & Loan Assn., Green County Federal Savings & Loan Assn., Home Federal Savings & Loan Assn., Home Savings Bank, F.A., Liberty Federal Savings & Loan Assn. of Enid, Mid-America Federal Savings & Loan Assn., Mutual Federal Savings & Loan Assn., Okmulgee Federal Savings & Loan Assn., Phoenix Federal Savings & Loan Assn., Sooner Federal Savings & Loan Assn., Stillwater Savings & Loan Assn., Victor Federal Savings & Loan Assn.; JACK S. DAWSON, ESQ. for Capitol Federal Savings Bank; LAYTON M. PERRY, ESQ. for Edward Mittlestet; RICHARD W. GABLE, ESQ. for State Federal Savings & Loan Assn.; DANIEL P. BEHARRY, ESQ. for The Banking Center; DAVID POMEROY, ESQ. for Bruce C. Wright; ROBERT W. NELSON, ESQ. for James Wikinson; (rh) |

JPML, FORM 1A                                                                    P-3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- IN RE SAVINGS INVESTMENT SERVICE CORPORATION LOAN
COMMITMENT LITIGATION

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 86/12/08 | | APPEARANCES: REID E. ROBINSON, ESQ. for John Hudson, TURNER C. GRAYBILL, ESQ. for Riverside Inc., WILLIAM I. RUTHERFORD ESQ. for Phil W. Gordon. (tmq) |
| 86/12/09 | 4 | RESPONSE --- (to pldg. #1) Bill Davis, Gene Arwood, Earl Meyer, United Federal Savings & Loan, Great Plains Federal Savings & Loan of Weatherford, Investors Federal Savings Bank of El Reno, OK Federal Savings & Loan of El Reno, First Federal Savings & Loan of Chickasha, Robert P. Bates, First Federal Savings & Loan of Shawnee, Lee White, State Federal Savings & Loan of Tulsa, Jim Wilkinson, Darrell Deason and Ed Mittlestet -- w/NOTICE OF RELATED ACTIONS AND CERT. OF SVC. (rh) |
| 86/12/10 | 5 | RESPONSE -- (to pldg. #1) Peoples Federal Savings & Loan Association of Ardmore -- w/cert. of svc. (rh) |
| 86/12/11 | | APPEARANCE: BOLESLAUS I. STANCZYK, ESQ. For First Federal Savings Bank & Trust (rh) |
| 86/12/15 | 6 | RESPONSE -- (to pldg. #1) David Namer and Financial Management Services, Inc. -- w/cert. of svc. (rh) |
| 86/12/18 | | APPEARANCE: GREGG P. MARTINO, ESQUIRE for Federal Savings and Loan Insurance Corporation. (tmq) |
| 86/12/18 | 7 | RESPONSE (to pldge. #1) -- Amicus Curiae *Federal Home Loan Bank Board* -- w/cert. of svc. (tmq) |
| 86/12/18 | 8 | STATEMENT W/APPEARANCE -- Greeg P. Martino, Esq. for FSLIC -- w/cert. of svc. (tmq) |
| 86/12/19 | | APPEARANCE: LOUIS G. CORSI, ESQ. for Whitestone Savings, F.A. (rh) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |
| 86/12/22 | | APPEARANCE: KIRK M. MCALPIN, JR., ESQ. doe Newman & Associates, Inc. (rh) |
| 86/12/22 | | APPEARANCE: NORMAN P. FREEDMAN, ESQ. for Citizens Federal Savings & Loan Assn. of Jacksonville (cds) |

JPML FORM 1A                                                           P-4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- IN RE SAVINGS INVESTMENT SERVICE CORPORATION LOAN
COMMITMENT LITIGATION

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/12/24 | 9 | RESPONSE (to pldg. #1) -- First Federal Savings Bank and Trust's -- w/cert. of svc. (tmq) |
| 86/12/29 | 10 | RESPONSE -- (to pldg. #1) Joseph T. Walsh and Duball, Judge, Kilker, O'Leary & Smith -- w/cert. of svc. (rh) |
| 86/12/29 | 11 | RESPONSE -- (to pldg. #1) Mercantile Bank National Association -- w/cert. of svc. (rh) |
| 86/12/29 | 12 | RESPONSE -- (to pldg. #1) Florida Federal Savings & Loan Association and Harvey G. Ziegler -- w/cert. of svc. (rh) |
| 86/12/29 | 13 | RESPONSE -- (to pldg. #1) Northwest Federal Savings & Loan Association -- With Related Action and cert. of svc. (rh) |
| 86/12/29 | 14 | RESPONSE -- (to pldg. #1) David L. Houston -- With Related Actions and cert. of svc. (rh) |
| 86/12/29 | 15 | RESPONSE -- (to pldg. #1) Newman & Associates, Inc. -- w/cert. of svc. (rh) |
| 86/12/29 | 16 | RESPONSE/BRIEF -- (to pldg. #1) A.G. Edwards & Sons, Inc. -- w/cert. of svc. (rh) |
| 86/12/29 | 17 | RESPONSE -- (to pldg. #1) The Heitner Corporation -- w/cert. of svc. (rh) |
| 86/12/29 | 18 | RESPONSE -- (to pldg. #1) Edwin J. Musil -- w/cert. of svc. (rh) |
| 86/12/29 | 19 | RESPONSE -- (to pldg. #1) Savings Investment Service Corp. -- w/cert. of svc. (rh) |
| 86/12/29 | 20 | RESPONSE -- (to pldg. #1) Whitestone Savings, F.A. -- w/cert. of svc. (rh) |
| 86/12/29 |  | APPEARANCE:  HANNAH BERKOWITZ, ESQ. for Morgan Stanley Mortgage Capital, Inc. (rh) |
| 87/01/05 | 21 | STATEMENT w/RESPONSE -- FSLIC as receiver for Homestead Savings & Loan Association w/Complaint Federal Savings & Loan Corp., etc. v. Provo Excelsior Limited, et al, D. Utah., C.A. No. 86-C-0423G. (paa) |
| 87/01/05 | 22 | REQUEST FOR EXTENSION OF TIME -- Stephen R. Snodgrass, atty for moving defendants -- GRANTED TO AND INCLUDING JANUARY 12, 1987. (paa) |
| 87/01/05 | 23 | RESPONSE/NOTICE OF FOUR RELATED ACTIONS -- Deft. John Hudson -- W/Cert. of Svc. and letter asking Panel to file papers as a response. (paa) |

5

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/01/12 | 24 | RESPONSE (to pldg.#1) Fourth & Broadway Associate Ltd., et al. -- w/cert. of svc. (tmq) |
| 87/01/12 | 25 | RESPONSE (to pldge. #1) Riverside, Inc., pltfs. -- w/cert. of svc. (tmq) |
| 87/01/13 | 26 | RESPONSE (to pldg. #1) Capitol Federal Savings Bank -- W/cert. of Svc. (paa) |
| 87/01/13 | 27 | BRIEF (to pldg. #1) -- Filed by attorneys for Certain Shareholder Defendants -- W/cert. of Svc. (paa) |
| 87/01/14 | 28 | NOTICE OF RELATED ACTION -- June M. Whalen v. The Heitner Corporation, et al., D. Colorado, C.A. No. 86-K-2583 -- W/Attachments and Certificate of Service. (paa) |
| 87/01/20 | 29 | LETTER W/COPY OF C.D. CALIFORIA ORDER REGARDING A-4 -- signed by Leo J. Asaro, Esq., counsel for movants (cds) |
| 87/01/21 | 30 | SUPPLEMENTAL LETTER -- W/COPY OF C.D. CALIFORNIA ORDER REGARDING A-4 -- plaintiffs (1/29/87) -- W/Cert. of Svc. (paa) |
| 87/01/28 | | HEARING APPEARANCES (1/29/87) Tampa, Florida - JOHN MICHAEL CLEAR, ESQ. for Phoenix Federal Savings and Loan Association; Fidelity Federal Savings and Loan Association; Liberty Federal Savings and Loan Association of Enid; Home Savings Bank, F.A.; Green Country Federal Savings and Loan Association; Victor Federal Savings and Loan Association; Continental Federal Savings and Loan Association; First Western Savings and Loan Association; Home Federal Savings and Loan Association; Mutual Federal Savings and Loan Association; Mid-America Federal Savings and Loan Association; Sooner Federal Savings and Loan Association; Family Federal Savings and Loan Association; First Federal Savings and Loan Association of Wewoka; Duncan Federal Savings and Loan Association; Fairview Savings and Loan Association; Okmulgee Savings and Loan Association; Stillwater Savings and Loan Association; REID E. ROBISON, ESQ. for John Hudson, LAW OFFICES OF MICHAEL E. SOILEAU, ESQ. for David Namer and Financial Management Services, Inc.; JAMES K. LARIMORE, ESQ. for Savings Investment Service Corporation; ROBERT W. NELSON, ESQ. for Jim Wilkinson, Bill Davis, Earl Meyer, Gener Arwood, Lee White, Darrell Deason, Ed Mittlestet, Robert P. Bates, United Federal Savings and Loan of Durrant, Great Plains Federal Savings & Loan of Chickasha, OK Federal Savings & Loan of El Reno, State Federal Savings & Loan Tulsa, and First Federal Savings & Loan of Shawnee; MICHAEL H. WETMORE, ESQ. for Joseph T. Walsh, et al.; JAMES W. ERWIN, ESQ. for Mercantile Bank |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 --

| Date | Pl. # | Pleading Description |
|------|-------|----------------------|
| 87/01/28 | | HEARING APPEARANCES (CONT.) -- National Association; MARGARET M. MOONEY, ESQ. for The Heitner Corporation; KIRK M. MCALPIN, JR.,ESQ. for Newman and Associates, Inc.; AUDREY G. FLEISSIG, ET AL., ESQ. for A. G. Edwards & Sons, Inc.; LOWELL E. SACHNOFF, ESQ. for Edwin J. Musil; TURNER C. GRAYBILL, ESQ. for Riverside, Inc., et al.; PAUL T. DYE, ESQ. for Fourth & Broadway Associates Ltd., RWL Realty Advisors, Inc. Roger W. Luby, Sandra M. Luby; DEBBIE LEILANI SHON, ESQ. for defts. Florida Federal Savings and Loan Association, et al.  (tmq) |
| 87/01/28 | | WAIVER OF ORAL ARGUMENTS (1/29/87) Tampa, Florida - Bruce C. Wright, Federal Home Loan Bank Board, Whitestone Savings, F.A., Peoples Federal Savings and Loan Association of Ardmore, Capitol Federal Savings Bank, Phil W. Gordon, Federal Savings & Loan Insurance Corporation, et al., Frontier Federal Savings & Loan Association, Morgan Stanley Mortgage Capital, Inc., First Federal Savings Bank and Trust, David L. Houston and Northwest Federal Savings & Loan, The Banking Center, Edward J. Musil, et al. (tmq) |
| 87/03/09 | 31 | NOTICE OF RELATED ACTION -- APEX R. E. & T., Inc. v. SISCorp, et al., M.D. La., #86-591-A -- defts. First Federal Savings and Loan of Chickasha, Oklahoma and Robert P. Bates -- w/cert. of service  (cds) |
| 87/03/10 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to W.D. Oklahoma to the Hon. David L. Russell (rh) |
| 87/03/10 | | TRANSFER ORDER -- Transferring A-1, A-2 and A-3 to W.D. Oklahoma, pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 87/03/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 APEX R. E. & T., Inc. v. Savings Investment Service Corp., et al., M.D. Louisiana, C.A. No. 86-0591-A (Adversary No. 85-0159) -- Notified involved counsel and judges (rh) |
| 87/04/07 | 32 | Order Filed on 3/20/87 in M.D. Louisiana transferring (B-5 APEX R. E. & T., Inc. v. Savings Investment Service Corp., et al. M.D. Louisiana, C.A. No. 86-0591-A)(Adversary No. 85-0159) to W.D. Oklahoma. (tmq) |

P. 7

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- ~~In re Savings Investment Corporation Loan Commitmen Lit.~~

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/04/07 | | ORDER VACATING CTO -- B-5 APEX R. E. & T., Inc. v. Savings Investment Service Corp., et al. M.D. Louisiana, C.A. No. 86-0591-A (Adversary No. 85-0159) to W.D. Oklahoma -- Notified involved counsel, judges and clerk. (tmq) |
| 87/04/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-6 June M. Whalen, etc. v. The Heitner Corp., et al., D. Colo., #CIV-86-K-2583; B-7 Fed. Savings and Loan Ins. Corp., etc. v. Provo Excelsior Ltd., et al. v. Financial Mangement Services, Inc., et al., D. Utah, #86-C-0423G; B-8 Mercantile Trust Co., N.A. v. Riverside, Inc., D. N.Dak., #A4-84-271; B-9 Mercantile Trust Co., N.A. v. Riverside, Inc., et al., D. N.Dak., #A4-84-272; B-10 Mercantile Trust Co., N.A. v. Riverside, Inc., D. N.Dak., #A4-85-5 -- Notified involved judges and counsel  (cds) |
| 87/05/01 | 33 | NOTICE OF OPPOSITION -- B-7 Federal Savings and Loan Insurance Corporation, et. al. v. Provo Excelsior Limited, et al. v. Financial Management Services, Inc., et al., D. Utah, C.A. No. 86-C-0423G -- Filed by defts. Jules Marling, Jr., the Marling Group. Ltd., & Andrea S. Robson -- NOTIFIED COUNSEL & JUDGES -- (paa) |
| 87/05/05 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-6 June M. Whalen, etc. v. The Heitner Corp., et al., D. Colo., #CIV-86-K-2583; B-8 Mercantile Trust Co., N.A. v. Riverside, Inc., D. N.Dak., #A4-84-271; B-9 Mercantile Trust Co., N.A. v. Riverside, Inc., et al., D. N.Dak., #A4-84-272; B-10 Mercantile Trust Co., N.A. v. Riverside, Inc., D. N.Dak., #A4-85-5 -- NOTIFIED INVOLVED CLERKS & JUDGES -- (paa) |
| 87/05/08 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-11 Sheraton Riverside Hotel Partners v. Mercantile Bank National Association, E.D. Louisiana, C.A. No. 86-5171-SECT.K-MAG.5 and B-12 First Federal Savings Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et al., E.D. Michigan, C.A. No. 86-CV-70900-DT -- Notified involved counsel and judges (rh) |
| 87/05/19 | 34 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re B-7) Jules Marling, Jr. the Marling Group. Ltd., & andrea S. Robson defts. in Federal Savings & Loa Insurance Corp. v. Provo Excelsior, Ltd., et al. v. Financial Management Services, et al. -- W/Cert. of Svc. (paa) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- ~~In re Savings Investment Corporation Loan Commitmen Lit.~~

| Date | Pgo. | Pleading Description |
|------|------|---------------------|
| 87/05/21 | 35 | NOTICE OF OPPOSITION -- B-12 First Federal Savings Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et al., E.D. Michigan, C.A. No. 86-CV-70900-DT -- Filed by plaintiffs First Federal Savings Bank & Trust -- NOTIFIED INVOLVED JUDGES & COUNSEL  (paa) |
| 87/05/22 | 36 | NOTICE OF OPPOSITION -- B-11 Sheraton Riverside Hotel Partners v. Mercantile Bank National Association, E.D. Louisiana, C.A. No. 86-5171-SECT.K- MAG.5 -- Filed by plaintiff Sheraton Riverside Hotel Partners -- NOTIFIED INOVLVED JUDGES & COUNSEL.  paa |
| 87/05/28 | 37 | RESPONSE to pldg. #34 -- Defts. Bill Davis, Earl Meyer, Gene Arwood and James Wilkinson -- W/Cert. of Svc.  (paa) |
| 87/06/01 | 38 | RESPONSE (to pldg. # 34) -- Filed by John C. Hudson and hudson & Gordon -- w/cert. of svc. (tmq) |
| 87/06/02 | 39 | RESPONSE(to pldge. #34) -- Mercantile Bank National Association -- w/cert. of svc. (tmq) |
| 87/06/03 | 40 | RESPONSE(to pldg.#34) -- "FSLIC" -- w/cert. of svc. (tmq) |
| 87/06/04 | 41 | RESPONSE(to pldge.#34) -- OK FEDERAL SAVINGS & LOAN, INVESTORS, FEDERAL BANK, GREAT PLAINS FEDERAL SAVINGS & LOAN, UNITED FEDERAL SAVINGS & LOAN, FIRST FEDERAL SAVINGS & LOAN OF CHICKASHA AND FIRST FEDERAL SAVINGS & LOAN OF SHAWNEE -- w/cert. of svc. (tmq) |
| 87/06/08 | 42 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: B-11) Plaintiff Sherton Hotel Riverside Partners - W/Attachments and cert. of svc. (paa) |
| 87/06/08 | 43 | MOTION FOR PARTIAL REMAND, W/BRIEF AND COPY OF PAPERS FILED IN W.D. OKLAHOMA REGARDING REMAND OF (B-6) June M. Whalen, etc. v. The Heitner Corp., et al., W.D. Oklahoma, #87-938K (D. Colo., #CIV-86-K-2583) -- Deft. City of Westminster, Colorado -- w/cert. of service  (cds) |
| 87/06/11 | | APPEARANCE:  TUCKER TRAUTMAN, ESQ. for City of Westminser, Colorado (cds) |

JPML FORM 1A

*p. 9*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/06/12 | 44 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: pldg.#35) Filed by First Federal Savings Bank & Trust -- w/exhibits and cert. of svc. (tmq) |
| 87/06/12 | 45 | RESPONSE(to pldg. #43) -- Pltfs. June Whalen -- w/cert. of svc. (tmq) |
| 87/06/19 |  | HEARING ORDER -- Setting Oppositions of B-7 Federal S&L Insurance Corp. v. Provo Excelsior, Ltd., et al. D. Utah, CA #86-C-0423-G filed by Marling Group and opposition of B-11 Sheraton Riverside Hotel Partners and Motion of defendant City of Westminster Colorado for partial remand of B-6 June Whalen -- July 23, 1987, Boston, Mass. Notified counsel, involved judges clerks |
| 87/06/23 | 46 | RESPONSE(to pldge. #42) -- "Mercantile" -- w/cert. of svc. (tmq) |
| 87/06/29 | 47 | RESPONSE(to pldg.#44) -- John C. Hudson & Hudson & Gordon -- w/cert. of svc. (tmq) |
| 87/06/29 | 48 | REPLY(to pldg.#45) -- City of Westminister, Colorado -- w/cert. of svc. (tmq) |
| 87/07/01 | 49 | RESPONSE, MEMORANDUM (to pldg. #44) -- defts. Morgan Stanley Mortgage Capital Inc., Morgan Stanley & Co., Inc. and Richard Wallgren -- w/Exhibits A-D and cert. of service (cds) |
| 87/07/22 |  | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: RICHARD L. KING, ESQ. for Jules Marling, Jr., The Marling Group, Ltd., Andrea S. Robson; JAMES W. STEWART, ESQ. for Federal Savings Loan Insurance Corporation; MERRILYN L. BLACKBURN, ESQ. for Earl Meyer, Bill Davis, Gene Arwood; CLIFTON D. NAIFEH, ESQ. for Great Plains Federal Savings and Loan Association of Weatherford, Oklahoma United Federal Savings and Loan Association of Durant, Oklahoma Investors Federal Bank, F.S.B. of El Reno, Oklahoma, now known as Investors Savings and Loan Association; TOM A. FRAILEY, ESQ. for Robert P. Bates, First Federal Savings & Loan Association of Chicksash, Oklahoms, First Federal Savings & Loan Association of Elk City, Oklahoma; MICHAEL E. SOILEAU, ESQ. for Sheraton Riverside Hotel Partners, et al.; JAMES W. ERWIN, ESQ. for Mercantile Bank National Association, Officers and Directors of Mercantile Bank National [cont.] |

p. 10.

718

| | | |
|---|---|---|
| 87/07/22 | | Continued -- Association; B.I. STANCZYK, ESQ. for First Federal Savings Bank and Trust's; JAMES W.B. BENKARD, ESQ. for Morgan Stanley Mortgage Capital, Inc., Morgan Stantly & Company, Inc., and Riuchard Wall Gren; REID E. ROBISION, ESQ. for John Hudson, Hudson & Gordon; NEAL S. COHEN, ESQ. for City of Westminster, Colorado; EDWARD F. HABER, P.C. for June M. Whalen.   (tmq) |
| 87/07/22 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING:  State Federal Savings and Loan Association; Riverside, Inc., Mar-Son, Inc., James G .Maragos, Steve G. Maragos, Peter G. Maragos, Andrew   G. Maragoos, Angelo G. Maragos, Vivian Zimmerman, Kenneth Knight; Sooner Federal Savings ;& Loan Association; Continental Federal Savings & Loan Association, Duncan Savings & Loan Association, Fairview Savings & Loan Association, Family Federal Savings & Loan Association, Fidelity Federal Savings & Loan Association, First Federal Savings & Loan Association of Wewoka, Green Country Federal Savings & Loan Association, Home Federal Savings & Loan Association, Home Savings Bank, F.A., Mid-America Federal Savings & Loan Association, Mutual Federal Savings & Loan Association, Okmulgee Federal Savings & Loan Association and Victor Federal Savings & Loan; Phil W. Gordon, Ed Mittelstet, Newman & Associates, Inc.; Whitestone Savings, F.A.; Lee White and First Federal Savings and loan Association of Shawnee; Provo City and Provo City Redevelopment Agency; W. Donald Dubail, Robert S. Kilker, J. Dennis O'Leary, William B. Smith, III, William Stizer, Joseph T. Walsh, Stephen O. Smith, Joseph E. Rebman, Dubail, Judge, Kilker, O'Leary & Smith; The Heitner Corporation; Norman E. Heitner, Sr., Norman E. Heitner, Jr., Daniel J. Ferry, Ana Lee D. Moenster, A.G. Edwards & Sons, Inc., Jim Wilkinson, OK Federal Savings & Loan Association of El Reno, Oklahoma; Edwin J. Musil, Jr.; Peoples Federal Savings and Loan Association of Ardmore, Swartz & Gruskin, Shelter Equities, Inc., and Shelter Hospitality Management Company and Shelter Construction Management Corporation; Northwest Federal Savings & Loan Association, David L. Houston.  (tmq) |
| 87/07/22 | 50 | LETTER (w/copy of E.D. La. order) -- re B-11 Sheraton -- signed by James Erwin, Esq., counsel for Mercantile Bank National Assn.  (cds) |
| 87/08/06 | | ORDER DENYING REMAND -- B-6 June M. Whalen, etc. v. the Heitner Corp., et al., W.D. Okla., #87-938R (D. Colorado, # CIV-86-K-2583) -- notified involved judge, counsel and clerks (cds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/08/06 | | TRANSFER ORDER -- transferring B-7 Federal Savings & Loan Insurance Corp., etc. v. Provo Excelsior Ltd., et al. v. Financial Mangement Services, Inc., et al., D. Utah, #86-C-0423G;  B-11 Sheraton Riverside Hotel Partners v. Mercantile Bank National Assn., E.D. La., #86-5171-SECT.K MAG.5;  B-12 First Federal Savings Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et al., E.D. Mich., #86-CV-70900-DT -- notified involved judges, clerks and counsel  (cds) |
| 87/08/18 | 51 | INTER-CIRCUIT ASSIGNEMENT for Judge Weiner to sit in W.D. Oklahoma pursuant to U.S.C. §292(d).  (paa) |
| 87/08/18 | | ORDER REASSIGING LITIGATION -- pursuant to 28 U.S.C. §1407 to Judge Charles R. Weiner -- Notified counsel, clerk and judges.  (paa) |
| 87/09/02 | 52 | LETTER -- Mercantile Bank National Assn. re:  Magistrates Chasey Order regarding B-11 -- **Handed up at Oral Argument (7/23/87) Boston, MA.**  (paa) |
| 87/11/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 The Banking Center v. Morgan Stanley Group, Inc. A/K/A Morgan Stanley & Co., Inc., D. Connecticut, C.A. No. N-87-443 -- Notified involved counsel and judges (rh) |
| 87/12/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 The Banking Center v. Morgan Stanley Group, Inc., A/K/A Morgan Stanley & Co., Inc., D. Connecticut, C.A. No. N-87-443 -- Notified invovled judges and clerks (rh) |
| 88/01/22 | | APPEARANCE:  THOMAS G. FERGUSON, JR., & JERRY CORD WILSON, Esquires for:  United Savings (formerly United Federal Savings & Loan Association.    (paa) |
| 88/03/31 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-15 Riverside, Inc., et al. v. Joseph T. Walsh, et al., D. North Dakota, C.A No. A4-87-194 and B-16 Mercantile Bank National Association v. Provo Excelsior Limited, et al., D. Utah, C.A. No. 88-C-221W -- Notified involved counsel and judges (rh) |
| 88/04/15 | 53 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-16 Mercantile Bank National Association v. Provo Excelsior Limited, et al., D. Utah, C.A. No. 880-C-221W -- Notified involved judges and counsel  (cds) |

JPML FORM 1A -

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/04/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Riverside, Inc., et al. v. Joseph T. Walsh, et al., D. North Dakota, C.A. No. A4-87-194 -- notified involved judges and clerks (cds) |
| 88/05/03 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-16 Mercantile Bank National Association v. Provo Excelsior Limited, et al., D. Utah, C.A. No. 88-C-221W -- Notified involved clerks and judges. (ds) |
| 88/05/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Fourth & Broadway Associates, Ltd., et al. v. First Federal Savings & Loan Association of Shawnee, Oklahoma, et al., C.D. California, Adv. No. LA88-00015-BR -- Notified involved counsel and judges (rh) |
| 88/05/26 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Fourth & Broadway Associates, Ltd., et al. v. First Federal Savings & Loan Association of Shawnee, Oklahoma, et al., C.D. California, Adv. No. LA88-00015-BR -- Notified involved clerks and judges (cds) |
| 89/12/01 | 54 | SUGGESTION OF REMAND -- re B-12, B-13 and B-17 -- signed by Judge Weiner (cds) |
| 89/12/01 | | CONDITIONAL REMAND ORDERS FILED TODAY -- B-12  First Federal Savings Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et al., W.D. Oklahoma, C.A. No. 87-1726 (E.D. Mich., #86-CV-70900); B-13 The Banking Center v. Morgan Stanley Group, Inc., A/K/A Morgan Stanley & Co., Inc., W.D. Oklahoma, C.A. No. 87-2466-WN (D. Conn., C.A. No. N-87-443); and B-17 Fourth & Broadway Associates, Ltd., et al. v. First Federal Savings & Loan Assn. of Shawnee, Oklahoma, et al., W.D. Oklahoma, C.A. No. 88-946-EN (C.D. California, Adv. No. LA88-00015-BR) -- Notified involved judge and counsel  (cds) |
| 89/12/11 | 55 | NOTICE OF OPPOSITION TO CRO -- B-12 First Federal Savings Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et al.,W.D. Oklahoma, C.A. No. 87-1726-WN (E.D. Mich., C.A. No. CV-70900-DT) -- filed by John C. Hudson and Hudson & Gordon -- Notified involved counsel and judge. (ds) |
| 89/12/11 | 56 | NOTICE OF OPPOSITION TO CRO -- B-13 The Banking Center v. Morgan Stanley Group, Inc., a/k/a Morgan Stanley & Co., Inc., W.D. Oklahoma, C.A. No. 87-2466-WN (D. Conn., C.A. No. 87-443) -- filed by John C. Hudson and Hudson & Gordon -- Notified involved counsel and judge. (ds) |

718        In re Savings Investment Service Corporation Loan Commitment
           Litigation

89/12/19        CONDITIONAL **REMAND** ORDER **FINAL** TODAY -- B-17 Fourth &
                Broadway Associates, Ltd., et al. v. First Federal Savings &
                Loan Association of Shawnee, Oklahoma, et al., W.D. Oklahoma,
                C.A. No. 88-946-EN (C.D. California, Adv. No. LA88-00015-BR)
                -- Notified involved judge and clerks  (cds)

89/12/21   57   MOTION/BRIEF TO VACATE CRO'S -- B-12 First Federal Savings
                Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et
                al., W.D. Okla., C.A. No. 87-1726 (E.D. Mich., C.A. No.
                86-CV-70900-DT) and B-13 The Banking Center v. Morgan Stanley
                Group, Inc., A/KA Morgan Stanley & Co., Inc., W.D. Okla.,
                C.A. No. 87-2466 (D. Conn., C.A. No. N-87-443) -- filed by
                John C. Hudson and Hudson & Gordon w/schedule, exhibits A
                thru H and cert. of svc.  (ds)

90/01/11   58   RESPONSE -- (to pldg. #57) Filed by First Federal Savings
                Bank & Trust -- w/cert. of svc. (rh)

90/01/16   59   RESPONSE (to pldg. #57) -- pltf. The Banking Center --
                w/Exhibit A and cert. of service  (cds)

90/01/16   60   REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- filed by John
                C. Hudson and Hudson & Gordon -- Granted to and including
                January 22, 1990 -- w/cert. of service  (cds)

90/01/22   61   REPLY -- Filed by John C. Hudson and Hudson & Gordon --
                w/cert. of svc. (rh)

90/02/14        HEARING ORDER -- setting opposition to remand of B-12 and
                B-13 for Panel hearing in Salt Lake City, Utah on March 29,
                1990  (cds)

90/03/28        HEARING APPEARANCES FOR 3/29/90 HEARING, SALT LAKE CITY,
                UTAH:   REID E. ROBINSON, ESQ. for John Hudson and Hudson &
                Gordon;   MICHAEL G. COSTELLO, ESQ. for First Federal Savings
                Bank & Trust  (cds)

90/03/28        **WAIVERS** OF ORAL ARGUMENT FOR 3/29/90 HEARING:  Gene Arwood,
                et al.; Florida Federal Savings & Loan, et al.  (cds)

90/04/10        REMAND ORDER -- remanding B-12 First Federal Savings Bank &
                Trust v. Morgan Stanley Mortgage Capital, Inc., et al.,  W.D.
                Oklahoma, C.A. No. 87-1726-WN (E.D. Michigan, C.A. No.
                86-CV-70900-DT) and B-13 The Banking Center v. Morgan Stanley
                Group, Inc., a/k/a Morgan Stanley & Co., Inc., W.D. Oklahoma,
                C.A. No. 87-2466-WN (D. Conn., C.A. No. N-87-443) -- notified
                involved judge, clerks and counsel  (cds)

JPML Form 1

Revised: 8/78

DOCKET NO. 718 --' JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Savings Investment Service Corporation Loan Commitment Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 29, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 10, 1987 | TO | Unpublished | W.D. Oklahoma | ~~Hon. David L. Russell~~ | E.D. Pennsylvania |
| | August 18, 1987 | MO | unpublished | | Hon. Charles R. Weiner (~~David Russell~~) | Hon. |

Special Transferee Information

DATE CLOSED: 9/6/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO.  718  --  In re Savings Investment Service Corporation Loan Commitment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Riverside, Inc., et al. v. Savings Investment Service Corp., et al. | N.D.*Ok.* Conmy | A4-85-185 | 3-16-87 | 87-558 WN | 12/9/88 D | |
| A-2 | Mercantile Bank National Association v. Savings Investment Service Corp., et al. | Mo.,E. Cahill | 86-285-C-4 | 3-10-87 | 87-559 WN | 9/12/89 | |
| A-3 | Edwin J. Musil, etc. v. The Heitner Corp., et al. | Mo.,E. Gunn | 86-1665-C-6 | 3-10-87 | 87-560 WN | 9/12/89 | |
| A-4 | Fourth & Broadway Associates, Ltd., et al. v. First Federal Savings and Loan, Chickasha, Oklahoma, et al. | Cal.,C. ~~Ideman~~ Russell W.Okla | 86-6488 JMI(TX) CV87-287R 87-747R | XYZ | 87-287-WN 87-747-WN | 9/6/90 D 9/2/87 count as | XYZ |
| B-5 | APEX R. E. & T., Inc. v. Savings Investment Service Corp., et al. 3-26-87 | M.D.La. Parker | 86-0591-A (Adversary No. 85-0159) | XYZ | 87-1404 WN TO W.OKLA | 9/2/87 | XYZ |
| B-6 | June M. Whalen, etc. v. The Heitner Corporation, et al. 4/17/87 | D.Colo. Kane | CIV-86-K-2583 | 5/5/87 | 87-938 WN | 9/2/87 | |
| B-7 | Federal Savings and Loan Insurance Corporation, etc. v. Provo Excelsion Limited, et al. v. Financial Management Services, Inc., et al. 4/17/87 OPPOSED 5/1/87 | D. Utah Greene | 86-C-0423G | 8/6/87 | 87-??? | 12/5/88 D | |
| B-8 | Mercantile Trust Company, N.A., v. Riverside, Inc. 4/17/87 | D.N.D. Benson | A4-84-271 | 5/5/87 | 87-939-WN | 12/9/88 D | |
| B-9 | Mercantile Trust Company, N.A, v. Riverside, Inc., et al. 4/17/87 | D. N.D. Benson | A4-84-272 | 5/5/87 | 87-940-WN | 12/9/88 D | |
| B-10 | Mercantile Trust Company, N.A. v. Riverside, Inc. 4/17/87 | D. N.D. Benson | A4-85-5 | 5/5/87 | 87-941-WN | 12/9/88 D | |

July 1987 - 7 TR / 2 XYZ / 1 Pdg  (B-7 opposed)

count B-5

DOCKET NO. 718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Sheraton Riverside Hotel Partners v. Mercantile Bank National Association 5-8-87 OPPOSED 5-22-87 | E.D.La. Arceneaux MAG.5 | 86-5171-SECT.K | 8/6/87 | 87-1735 | 12/9/88 D | |
| B-12 | First Federal Savings Bank & Trust v. Morgan Stanley Mortgage Capital, Inc., et al. 5-8-87 OPPOSED 5-21-87 | E.D.Mich. Cohn | 86-CV-70900-DT | 8/6/87 | 87-736 | 4/10/90 R | |
| B-13 | The Banking Center v. Morgan Stanley Group, Inc., A/K/A Morgan Stanley & Co., Inc. 11-20-87 | D.Conn. Nevas | N-87-443 | 12-8-87 | 87-266-WN | 4/10/90 R | |
| XYZ-14 | Wilcreek Investments, Ltd., et al. v. Savings Investment Service Corp., et al. | W.D. Okla Weiner | 86-2351-WN | — — | — | 12/9/88 D | |
| B-15 | Riverside, Inc., et al. v. Joseph T. Walsh, et al. 3-31-88 | D.N.D. Conmy | A4-87-194 | 4/18/88 | 88-676-WN | 10/23/89 D | |
| B-16 | Mercantile Bank National Association v. Provo Excelsior Limited, et al. 3-31-88 opposed 4/15/88 | D.Utah Winder | 88-C-221W | 5/3/88 | 88-770-WN | 12/5/88 D | |
| B-17 | Fourth & Broadway Associates, Ltd., et al. v. First Federal Savings & Loan Association of Shawnee, Oklahoma, et al. 5-10-88 | C.D.Cal. Russell | Adv. No. LA88-00015-BR | 5/26/88 | 88-946-WN | 12/19/89 Remand | |
| XYZ-18 | First American Savings Bank v. Bruce Wright, et al. | W.D.OK Weiner | 86-90 | | | 10/4/88 | |
| XYZ-19 | J. King Trucking v. Bell Isle Partners, et al. | W.D.OK | 87-739-WN | | | 9/12/89 | |
| XYZ-20 | Financial Fed. S&L v. Siscorp, et al. | W.D.OK | 86-176 | | | 9/12/89 D | Note re XYZ-20 closed 12/9/88 reopened 12/5/88 /30 |

July 1988 - 7 TR/4 XYZ /20 Pending
(excludes B.7)

July 1989 - 10 Rem /10 Pending

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-21 | St. Paul Fire & Marine Insurance Co. v. John Hudgon, et al. | Okla.,W. | 87-1834 | | | 9/6/90 | |

*July 1990 — 1 XYZ/ 6 Dis/ 3 Rem/ 2 Pending*
*Aug 1991 — 2 ... ... ... ... Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- IN RE SAVINGS INVESTMENT SERVICE CORPORATION LOAN COMMITMENT LITIGATION

(Liaison Counsel Appointed J. Weiner
Order 8/19/87)

FOURTH & BROADWAY ASSOC., LTD ET AL.
(A-4); APEX R.E. & T. INC. (A-5);
RIVERSIDE, INC. (B-15)
Roy J. Davis, Esquire
Andrews, Davis, Legg, Bixler,
 Milsten & Murrah                     remove
500 West Main
Oklahoma City, OK  73102

(Liaison Counsel - Class Action
Plaintiffs - Appointed J. Weiner Order
8/19/87)

EWDWIN J. MUSIL, ETC. (A-3)
JUNE M. WHALEN, ETC. (B-6)
Cheryl P. Hunter, Esq.
Hammons & Hunter
50 Penn Place
Oklahoma City, OK  73118

(Liaison Counsel - Plaintiffs -
Appointed J. Weiner Order 8/19/87)

MERCANTILE BANK NATIONAL ASSN (B-16)
CITY OF PROVO, UTAH
PROVO REDEVELOPMENT AGENCY
 OFFICERS/DIRECTORS MERCANTILE BANK
NATIONAL ASSN.(A-2)(B-8)(B-9)(B-10)
James W. Erwin, Esquire
Thompson & Mitchell
One Mercantile Center
Sutie 3400
St. Louis, MO  63101

Liaison Counsel appointed by J. Russell
order off 8/19/87

SISCORP DIRECTORS
Robert Bates
Bill Davis
Lee White
Gene Arwood
Jim Wilkinson
Earl Meyer
Darrell Deason
Ed Middlestet
Northwest FS&L of Woodward
David Houston
George W. Dahnke, Esquire
(Hastie & Kirschner)

Merrilyn L. Blackburn, Esquire
Hastie & Kirschner
3000 First Oklahoma Tower
210 West Park Avenue
Oklahoma City, OK  73102

J. Weiner order appointing defendant
Steering Committee filed 10/30/87

Patrick Ryanm, Esquire (Chairman)
Ryan, Holloman, Corbyn & Geister
110 North Robinson, suite 300     returned
Oklahoma City, OK  73102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _2_____

DOCKET NO. _718_ -- _____

CONTINENTAL FEDERAL S&L ASSOCIATION
DUNCAN SAVINGS & LOAN ASSOCIATION
FAIRVIEW SAVINGS & LOAN ASSOCIATION
FAMILY FEDERAL S&L ASSOCIATION
FIDELITY FEDERAL S&L ASSOCIATION
FIRST FEDERAL S&L ASSOCIATION OF WEWOKA
FIRST WESTERN SAVINGS & LOAN ASSOCIATION
GREEN COUNTY FEDERAL S&L ASSOCIATION
HOME SAVINGS BANK, F.A.
LIBERTY FEDERAL S&L ASSOCIATION OF ENID
MID-AMERICA FEDERAL S&L ASSOCIATION
MUTUAL FEDERAL S&L ASSOCIATION
OKMULGEE FEDERAL S&L ASSOCIATION
PHOENIX FEDERAL S&L ASSOCIATION
SOONER FEDERAL S&L ASSOCIATION
STILLWATER SAVINGS & LOAN ASSOCIATION
VICTOR FEDERAL S&L ASSOCIATION
John M. Clear, Esquire (Co-Counsel)
Bryan, Cave, McPheeters & McRoberts
500 North Broadway
Suite 2100
St. Louis, Missouri  63102

OK FS&L OF EL RENO
Fletcher D. Handley, Jr., Esquire
Fogg, Fogg & Handley
P.o. Box 310
El Reno, OK  73036

NORMAN L. HEITNER
Margaret Mooney, Esquire
Lashley, Baer & Hamel
714 Locust Street
St. Louis, MO  63101

FIRST FEDERAL S&L OF PONTIAC
Murray E. Abowitz, Esquire
Abowitz & Welch
P.O. Box 1937
Oklahoma City, OK  73101

FS&L INSURANCE CORP. as Receiver for
HOMESTEAD S&L ASSOCIATION
Mead J. Hedglon, Esquire
Kornfeld, Franklin & Phillips
301 N.W. 63rd St., Suite 600
Oklahoma City, OK  73116

HUDSON & GORDON
JOHN W. GORDON  HUDSON
Reid E. Robison, Esquire
McAfee & Taft
Two Leadership Square, 10th Floor
Oklahoma City, OK  73102

GENE ARWOOD
WILLIAM L. DAVIS
EARL MEYER
Merrilyn L. Blackburn, Esquire
(Previously Listed as Liaison Counsel)

APEX R.E.&T, INC. (A-5)
also SPECIAL COUNSEL

Carolyn Pratt Perry, Esq.
Funderburk & Andrews
329 St. Ferdinand Street
Baton Rouge, LA  70802



JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _718_ -- _In re Savings Investment Service Corporation Loan Commitment_
_Litigation_

(REVISED APRIL 28, 1987)

---

RIVERSIDE, INC., ET AL. (A-1)
Turner C. Graybill, Esq.
Graybill, Ostrem, Warner & Crotty
18 Sixth Street North, Suite 200
Great Falls, Montana  59401

MERCANTILE BANK NATIONAL ASSOCIATION
(A-2) (B-8, B-9, B-10)
James W. Erwin, Esq.
Thompson & Mitchell
One Mercantile Center
Suite 3400
St. Louis, Missouri  63101

EDWIN J. MUSIL, ETC. (A-3)
Lowell E. Sachnoff, Esq.
Sachnoff, Weaver & Rubenstein
30 South Wacker Drive
Suite 2900
Chicago, Illinois  60606

FOURTH & BROADWAY ASSOCIATES, LTD., ET
AL. (A-4) (B-17)
Roy J. Davis, Esq.
Andrews, Davis, Legg, Bixler,
 Milsten & Murrah
500 West Main
Oklahoma City, Oklahoma  73102

ROBERT P. BATES
FIRST FEDERAL SAVINGS & LOAN ASSOCIATION
 OF CHICKASHA, OKLAHOMA
FIRST FEDERAL SAVINGS & LOAN ASSOCIATION
 OF ELK CITY, OKLAHOMA
Tom A. Frailey, Esq.
Huckaby, Fleming, Frailey, Chaffin
 & Darrah
P.O. Box 533
Chickasha, Oklahoma  73023

A. G. EDWARDS & SONS, INC.
Michael David Hart, Esquire
Peper, Martin, Jensen, Maichel
 & Hetlage
720 Olive Street, 24th Floor
St. Louis, Missouri  63101

DARRELL DEASON
Michael W. Mitchel, Esq.
Mitchel, Gaston & Mitchel
P.O. Box 887
1725 Oklahoma Avenue
Woodward, Oklahoma  73802

LEE WHITE
FIRST FEDERAL SAVINGS & LOAN ASSOCIATION
 OF SHAWNEE, OKLAHOMA
Thomas G. Ferguson, Jr., Esquire
Paul M. Kimball, Esquire
Kimball, Wilson & Walker
6412 North Santa Fe
Post Office Box 54526
Oklahoma City, Oklahoma  73154

HARVEY G. ZIEGLER
FLORIDA FEDERAL SAVINGS & LOAN
 ASSOCIATION
Alan I. Rothenberg, Esq.
Manatt, Phelps, Rothenberg, Tunney
 & Phillips
11355 West Olympic Boulevard
Los Angeles, California  90064

FEDERAL SAVINGS & LOAN INSURANCE CORP.
 (B-7) as receiver for HOMESTEAD SAVINGS
 & LOAN ASSN. (pltf./deft)
Mead J. Medlon, Esquire
Kornfeld, Franklin & Phillips, P.C.
Suite 600
301 N.W. 63rd St.
Oklahoma City, OK  73116

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____2_____

DOCKET NO. __718__ -- In re Savings Investment Service Corporation Loan Commitment
Litigation

INVESTORS FEDERAL ~~BANK, F.S.B.~~   *S & L ASSN.*
GREAT PLAINS FEDERAL SAVINGS & LOAN
ASSOCIATION OF WEATHERFORD, OKLAHOMA
~~UNITED FEDERAL SAVINGS & LOAN ASSOCIATION~~
~~OF DURANT, OKLAHOMA~~   *UNITED SAVINGS*
Clifton D. Naifeh, Esq.
Naifeh & Woska
100 Colcord Building
15 N. Robinson
Oklahoma City, Oklahoma  73102

OK FEDERAL SAVINGS & LOAN ASSOCIATION OF
EL RENO, OKLAHOMA
Fletcher D. Handley, Jr., Esq.
Fogg, Fogg & Handley
421 South Rock Island
P.O. Box 310
El Reno, Oklahoma  73036

DAVID L. HOUSTON
NORTHWEST FEDERAL SAVINGS & LOAN
ASSOICIATION
Peter B. Bradford, Esq.
900 First City Place
Oklahoma City, Oklahoma  73102

JOSEPH T. WALSH
DUBAIL, JUDGE, KILKER, O'LEARY & SMITH
Michael H. Westmore, Esq.
Popkin & Stern
8182 Maryland Avenue, 15th Floor
St. Louis, Missouri  63105-3721

GENE ARWOOD
WILLIAM L. DAVIS
EARL MEYER
Merrilyn L. Blackburn, Esq.
Hastie & Kirschner
3000 First Oklahoma Tower
210 West Park Avenue
Oklahoma City, Oklahoma  73102

FRONTIER FEDERAL SAVINGS & LOAN
ASSOCIATION
Paul Brackman, Esq.
Brackman, Copeland, Oetting, Copeland
& Schmidt
130 South Bemiston
Suite 200
Clayton, Missouri  63105

THE HEITNER CORP.
Terry L. Lister, Esq.
Lashly, Baer & Hamel
714 Locust Street
St. Louis, Missouri  63101

DAVID NAMER
FINANCIAL MANAGEMENT SERVICES, INC.
Michael E. Soileau, Esq.
3636 South Interstate Ten
Suite 103
Metairie, Louisiana  70001

PEOPLES FEDERAL SAVINGS & LOAN
ASSOCIATION OF ARDMORE
Lorenzo T. Collins, Esq.
Collins & Collins
16 Stanley
P.O. Box 1781
Ardmore, Oklahoma  73402

SAVINGS INVESTMENT SERVICE CORP.
James K. Larimore, Esq.
Durbin, Larimore & Bialick, P.C.
920 North Harvey
Oklahoma City, Oklahoma 73102-2610

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

CONTINENTAL FEDERAL SAVINGS & LOAN
   ASSOCIATION
DUNCAN SAVINGS & LOAN ASSOCIATION
FAIRVIEW SAVINGS & LOAN ASSOCIATION
FAMILY FEDERAL SAVINGS & LOAN ASSOCIATION
FIDELITY FEDERAL SAVINGS & LOAN
   ASSOCIATION
FIRST FEDERAL SAVINGS & LOAN ASSOCIATION
   OF WEWOKA
FIRST WESTERN SAVINGS & LOAN ASSOCIATION
GREEN COUNTY FEDERAL SAVINGS & LOAN
   ASSOCIATION
HOME FEDERAL SAVINGS & LOAN ASSOCIATION
HOME SAVINGS BANK, F.A.
LIBERTY FEDERAL SAVINGS & LOAN
   ASSOCIATION OF ENID
MID-AMERICA FEDERAL SAVINGS & LOAN
   ASSOCIATION
MUTUAL FEDERAL SAVINGS & LOAN ASSOCIATION
OKMULGEE FEDERAL SAVINGS & LOAN
   ASSOCIATION
PHOENIX FEDERAL SAVINGS & LOAN
   ASSOCIATION
SOONER FEDERAL SAVINGS & LOAN ASSOCIATION
STILLWATER SAVINGS & LOAN ASSOCIATION
VICTOR FEDERAL SAVINGS & LOAN ASSOCIATION
John M. Clear, Esq.
Bryan, Cave, McPheeters & McRoberts
500 North Broadway
Suite 2100
St. Louis, Missouri 63102

CAPITOL FEDERAL SAVINGS BANK
Jack S. Dawson, Esq.
Miller, Dollarhide, Dawson & Shaw
1200 Colcord Building
Oklahoma City, Oklahoma 73102

CAPTIAL FEDERAL SAVINGS & LOAN (No App.
Denis C. Burns, Esq.     rec'd)
Godfrey, Vandover & Burns
720 Olive, 21st Floor
St. Louis, Missouri 63101

PHILLIP GORDON
William I. Rutherford, Esq.
Brown, James & Rabbitt
705 Olive, Suite 1100
St. Louis, Missouri 63101

HUDSON & GORDON
JOHN HUDSON
Reid E. Robison, Esq.
McAfee & Taft
Tenth Floor,
Two Leadership Square
Oklahoma City, Oklahoma 73102

EDWARD MITTLESTET
Layton M. Perry, Esq.
4117 N.W. 122nd
Suite "D"
Oklahoma City, Oklahoma 73128

NEWMAN & ASSOCIATES, INC.
Kirk M. McAlpin, Jr., Esq.
Peterson, Young, Self & Asselin
101 Marietta Tower
Suite 3300
Atlanta, Georgia 30303

STATE FEDERAL SAVINGS & LOAN ASSOCIATION
Michael Barkley, Esq.
Oneok Building
100 West Fifth Street, Suite 410
Tulsa, Oklahoma 74103

ARTHUR D. STEFKA (No App. rec'd)
9020 West 169th Street
Stillwell, Kansas

DAVID HOUSTON
NORTHWEST SAVINGS AND LOAN
Peter Bradford, Esquire
900 First City Pl
204 N. Robinson
Oklahoma City, OK 73102

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. 4

DOCKET NO. 718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

THE BANKING CENTER
Daniel P. Beharry, Esq.
Gager, Henry & Narkis
One Exchange Place
P.O. Box 2480
Waterbury, Connecticut 06722

JAMES WIKINSON
Robert W. Nelson, Esq.
Ramey & Nelson
Three South Firth Street
Yukon, Oklahoma 73099

BRUCE C. WRIGHT
David Pomeroy, Esq.
Fuller, Tubb & Pomeroy
800 Fidelity Plaza
201 Robert South Kerr Avenue
Oklahoma City, Oklahoma 73102

CITIZENS FEDERAL SAVING & LOAN ASSN. OF
JACKSONVILLE, FLORIDA
Norman P. Freedman, Esq.
Suite 710, Executive Point Towers
5520 Los Santos Way
Jacksonville, Florida 32211

MORGAN STANLEY MORTGAGE CAPITAL INC.
Hanna Berkowitz, Esq.
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York 10015

SAPULPA FEDERAL SAVINGS &
  LOAN OF SAPULPA, OKLAHOMA
600 South Main          (No App. rec'd)
P.O. Box 489
Sapulpa, Oklahoma 74067

FIRST FEDEREAL SAVINGS BANK & TRUST
Boleslaus I. Stanczyk, Esq.
Plukett, Cooney, Rutt, Watters,
  Stanczyk & Pederson
900 Marquette Building
Detroit, Michigan 48226

NEAL J. FARRELL
DONALD E. LASATER
WALTER F. GRAY
ROBERT L. BERGMANN
MICHAEL GROVES
JAY ARTHUR BAER, II
ROBERT O. BLOMQUIST
CHARLES A. ELFRANK
RALPH W. BABB, JR.
JOHN H. BLIXEN, II
ROBERT J. CARROLL
AKBAR HUSAIN
RICHARD L. JOHANNESMANN
CLIFFORD R. JUENGST
JOHN H. LEE
EUGENE A. LEONARD
LANSDEN McCANDLESS, JR.
JOHN W. McCLURE
GREGORY E. POTH
PERRY N. SCHWEPPE, JR.
JOHN J. VALLINA
JOHN J. WUEST
WESLEY J. BARTA
JAMES E. BROWN
HARRISON F. COERVER
RICHARD P. CONERLY
WILLIAM L. DAVIS, JR.
R. HAL DEAN
EARL K. DILLE
PAUL T. DOWLING
BERNARD A. EDISON
THOMAS A. HAYS
WILLIAM G. HECKMAN
JOE H. HUNT
JAMES J. KERLY
FRED L. KUHLMANN
DENNIS P. LONG
THOMAS H. O'LEARY
JAMES B. ORTHWEIN, JR.
HARVEY SALIGMAN
DONALD O. SCHNUCK
FRANCIS A. STROBLE
JOHN A. WRIGHT
FRED W. WENZEL
James W. Erwin, Esq.
(same as pltf. A-2)

JPML FORM 2A -- Continuation

Counsel of Record -- p. 5

DOCKET NO. 718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

---

FIRST SAVINGS AND LOAN INSURANCE CORP.
Gregg P. Martino, Esq.
Graham & James
1301 Dove Street
Suite 920
Newport Beach, California 92660

WHITESTONE SAVINGS, F.A.
Louis G. Corsi, esq.
Siff, Newman, Rosen & Parker
233 Broadway
New York, New York 10279

MOUNTAIN STATES TELEPHONE AND
  TELEGRAPH COMPANY (defts. in B-7)
Floyd A. Jensen, Esq.
The Mountain States Telephone &
  Telegraph Company
250 Bell Plaza, 16th Floor
Salt Lake City, Utah 84111

JUNE M. WHALEN, ETC. (B-6)
Edward Haber, P.C.
88 Broad Street
Boston, Massachusetts 02110

Michael W. Lillie, Esq.
Hughes & Dorsey
633 - 17th Street
Suite 1600
Denver, Colorado 80202

NORMAN HEITNER (Deft. in B-6)
Donald Salcito, Esq.
Mark Wielga, Esq.
Roath & Brega
1700 Lincoln Street
Suite 2222
Denver, Colorado 80203

NORMAN HEITNER (Deft. in B-6)
Mr. Terry L. Lister, Esquire
Deshly, Baer & Hamel
714 Locust Street
St. Louis, Missouri 63101

WILLIAM SITZER
STEPHEN C. SMITH (Defts. in B-6)
Robert S. Treece, Esquire
Hall & Evans
1200 17th Street
Suite 1700
Denver, Colorado 80202

PROVO EXCELSIOR LIMITED
HENRY N. SILVERMAN
ROBERT L. SILVERMAN
JOSEPH G. WERNER
ADRIAN B. WERNER (Defts. in B-6)
Stephen G. Stoker, Esquire
Stoker & Thomas
311 South State Street, Ste. 440
Salt Lake City, Utah 84111

---

CITY OF PROVO, UTAH
PROVO CITY REDEVELOPMENT AGENCY
  (Defts. in B-7)
Gary L. Gregerson, Esq.
Provo City Corporation
351 West Center
  Post Office Box 1849
  Provo, Utah 84603

James S. Jardine, Esquire
Ray, Quinney & Nebeker
Post Office Box 45385
Salt Lake City, Utah 84145-0385

---

JOSEPH E. REBMAN (Defts. in B-7)
Gary F. Bendinger, Esq.
Scott M. Lilja, Esq.
Elizabeth S. Conley, Esq.
Giauque, Williams, Wilcox &
  Bendinger
500 Kearns Building
136 South Main
Salt Lake City, Utah 84101

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. ___6___

DOCKET NO. __718__ -- In re Savings Investment Service Corporation Loan Commitment Litigation

UTAH STATE TAX COMMISSION (Defts. in B-7)
David L. Wilkinson, A.G.
Stephen G. Schwendiman, Div. Chief.
130 State Capitol
Salt Lake City, Utah  84114

UTAH COUNTY (Defts. in B-7)
Lynn W. Davis, Esq.
Noall T. Wootton, Esq.
Utah County Attorney
75 East 100 South
Provo, Utah  84601

THE MARLING GROUP, LTD.
JULES S. MARLING, JR.
ANDREA S. ROBSON (Defts. in B-7)
Gary D. Stott, Esq.
Michael K. Mohrman, eSq.
Richards, Brandt, Miller & Nelson
Post Office Box 2465
Salt Lake City, Utah  84110

RIVERSIDE INC. (deft. B-8, 9 & 10)
MAR-SON, INC.
JAMES G. MARAGOS
STEVE G. MARAGOS
PETER G. MARAGOS
VIVIAN ZIMMERMAN
KENNETH KNIGHT
ANDREW G. MARAGOS (defts. in B-9)
David L. Johnson, Esq.
603 Fargo National Bank Building
Fargo, North Dakota  58124

Turner C. Graybill, Esq.
  (Same as A-1)

WELDON L. DAINES (deft. B-9)
Nick J. Colessides, Esq.
466 South 400 East
Salt Lake City, Utah  84111

UNABLE TO DETERMINE COUNSEL
FOR THE FOLLOWING DEFENDANTS:

HOME SAVINGS & LOAN OF LAWTON, OKLAHOMA
JOHN HORN
CITY OF WESTMINSTER, COLORADO
SHELTER EQUITIES, INC.
SHELTER HOSPITALITY MANAGEMENT COMPANY
SHELTER CONSTRUCTION MANAGEMENT CORP.
N.F. ANTHONY SEIBERT
CHARLES R. STARK
MARK D. GRUSKIN d/b/a SWARTZ & GRUSKIN
MOUNTAIN FUEL SUPPLY COMPNAY
J. ARTHUR GRAHAM
MARY G. JARVIS a/k/a MARY GRAHAM DAVIS
FERN B. ERCANBRACK a/k/a FERN B. TAGGART
DANIEL J. FERRY
ANNALEE D. MOENSTER

NOTICE OF OPPOSITION FILED 5/1/87
THE MARLING GROUP, LTD.
JULES S. MARLING, JR.
ANDREA S. ROBSON   (Defts. B 7)
Richard L. King, Esquire
Gary D. Stott, Esquire
Richards, Brandt, Miller & Nelson
CSB Tower, Suite 700
50 South Main, P.O. Box 2465
Salt Lake City, Utah  84110

SHERATON RIVERSIDE HOTEL PARTNERS (B-11)
Michael E. Soileau, Esq.
(Same As David Namer on pg. 2)

MERCANTILE BANK NATIONAL ASSOCIATION (Deft.
in B-11)
James W. Erwin, Esq.
(Same As A-2)

FIRST FEDERAL SAVINGS BANK & TRUST (B-12)
Boleslaus I. Stancyzk, Esq.
(Already listed on pg. 4)

JPML FORM 2A -- Continuation

Counsel of Record -- p. 7

DOCKET NO. 718 -- In re Savings Investment Service Corporation Loan Commitment Litigation

---

MORGAN STANLEY & Co., INC.
RICHARD WALLGREN (Defts. in B-12)
Michael W. Hartmann, Esq.          *opposed*
Miller, Canfield, Paddock & Stone   *12/11/89*
2500 Comerica Building
211 West Fort Street
Detroit, Michigan  48226

Davis, Polk & Wardwell
(Same As Morgan Stanley Mortgage Capital, Inc.)

SHELTER EQUITIES, INC.
SHELTER HOSPITALITY MANAGEMENT CO.
SHELTER CONSTRUCTION MANAGEMENT CORP.
MARK D. GRUSKIN d/b/a SWARTZ & GRUSKIN
F. Michael Ludwig, Esq.
Wood, Ris & Hames, P.C.
1775 Sherman Street, Suite 1600
Denver, Colorado  80203

CITY OF WESTMINSTER COLORADO
Tucker K. Trautman, Esq.
Ireland, Stapleton, Pryer &
  Pascoe, P.C.
1675 Broadway, Suite 2600
Denver, CO  80202

MORGAN STANLEY GROUP, INC.
A/K/A MORGAN STANLEY & CO., INC.   (B-13)
Hanna Berkowitz, Esquire
  (already listed on page 4)

THE BANKING CENTER   (B-13)
Augustus R. Southworth, III, Esq
Gager, Henry & Narkis               *opposed*
  (already listed on page 4)        *12/11/89*

PROVO CITY
PROVO REDEVELOPMENT AGENCY
Gary L. Gregerson, Esquire
Provo City Attorney
Provo, Utah

*Copy conformed order of 11/16/87*

UNITED SAVINGS (formerly UNITED FEDERAL
SAVINGS & LOAN ASSOCIATION
Thomas G. Ferguson, Jr, Esquire
Jerry Cord Wilson, Esq.
Kimball, Wilson & Walker
6412 North Santa Fe
P.O. Box 54526
Oklahoma City, Oklahoma  73154

RIVERSIDE, INC., ET AL. (B-15)
Turner C. Graybill, Esq.
(Same As A-1)

David L. Johnson, Esq.
DeMars, Turman & Johnson
603 Fargo National Bank Bldg.
Fargo, North Dakota  58124-0001

FOURTH & BROADWAY ASSOC., LTD. (B-17)
SAME AS A-4

JPML FORM 2A -- Continuation

Counsel of Record -- p. __8__

DOCKET NO. __718__ -- _____

MERCANTILE BANK NATIONAL ASSOCIATION (B-16)
James W. Erwin, Esq.
(Same As A-2)

Alan L. Sullivan, Esq.
Donald L. Dalton, Esq.
Van Cott, Bagley, Cornwall
   & McCarthy
50 South Main Street, Suite 1600
P.O. Box 45340
Salt Lake City, Utah  84145

HRS PROVO, INC.
ABW PROVO, INC.
RLS PROVO, INC.
PFE PROVO, INC. (Defts. in B-16)
Stephen G. Stoker, Esq.
(Same As Defts. in B-6)

HERBERT G. HOOVER
MARIAN F. HOOVER FAMILY TRUST (Defts. in B-16)
Unable to Determine Counsel or Address

WHITESTONE SAVINGS & LOAN (Deft. in A-4)
Dan Binns, Esquire
Rainey, Ross, Rice & Binns
735 First National Center West
Oklahoma City, Oklahoma  73102

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __718__-- In re Savings Investment Services Corporation Loan Commitment Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE HARTFORD ACCIDENT AND INDEMINTY COMPANY | B-7 |
| JAMES CARTER | B-8 |
| CNA INSURANCE COMPANIES | B-6 |
| HENRY R. SILVERMAN | B-7, B-16 |
| NORMAN HEITNER, JR. ✓ | B-6 |
| CITY OF PROVO, UTAH | B-7 |
| CITY OF WESTMINISTER COLORADO | B-6 |
| PROVO CITY REDEVELOPMENT AGENCY | B-16 |
| ✓ SHELTER EQUITIES, INC. | B-6 |
| THE MARLING GROUP, LTD. | B-7 |
| SHELTER HOSPITALITY MANAGEMENT COMPANY | B-6 |

p. 2

| | |
|---|---|
| N.F. ANTHONY SEIBERT | B-6, |
| CHARLES R. STARK | B-6, |
| | |
| STEPHEN O. SMITH | B-6, |
| JOSEPH E. REBMAN d/b/a DUBAIL | B-6, |
| SWARTZ & GRUSKIN LAWRENCE B. SWARTZ MARK D. GRUSKIN | B-6, |
| ROBERT R. SILVERMAN | B-7, |
| ANDRIAN B. WERNER | B-7, B-16 |
| PROVO EXCELSIOR LIMITED | B-7, B-16 |
| PETER . EDELMAN | B-7, B-16 |
| ROBERT L. SCHWARTZ | B-7, B-16 |

JPML FORM 3

p. *3*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _718_-- In re Savings Investment Services Corporation Loan Commitment
Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| JULES S. MARLING, JR. | B-7 |
| ANDREA S. ROBSON | B-7 |
| MERCANTILE TRUST COMPANY NATIONAL ASSOCIATION | B-7 |
| UTAH STATE TAX COMMISSION | B-7, B-16 |
| UTAH COUNTY | B-7, B-16 |
| MOUNTAIN FUEL SUPPLY COMAPNY | B-7, B-16 |
| J. ARTHUR GRAHAM | B-7 |
| MARY G. JARVIS aka MARY GRAHAM DAVIS | B-7 |
| FERN B. ERCANBRACK aka FERN B. TAGGART | B-7 |
| MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY | B-7, B-16 |
| DONAL J. HUEY | B-7 |

p. 4

| NORMAN E. HEITNER, JR. | B-7, B |
| DANIEL J. FERRY | B-7, |
| ANNALEE D. MOENSTER | B-7 |
| NEAL J. FARRELL | B-7 |
| DONALD E. LASATER | B-7 |
| WALTER F. GRAY | B-7 |
| ROBERT L. BERGMANN | B-7 |
| MICHAEL GROVES | B-7, |
| JAY ARTHUR BAER, II | B-7, |
| ROBERT O. BLOMQUIST | B-7 |
| CHARLES A. ELFRANK | B-7 |

JPML FORM 3

p. 75

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 -- In re Savings Investment Services Corporation Loan Commitment Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| RALPH W. BABB, JR. | B-1 |
| JOHN H. BLIXEN, II | B-1 |
| ROBERT J. CARROLL | B-1 |
| AKBAR HUSAIN | B-1 |
| RICHARD L. JOHANNESMAN | B-1 |
| CLIFFORD R. JUENGST | B-1 |
| JOHN H. LEE | B-1 |
| EUGENE A. LEONARD | B-1 |
| LANSDEN MCCANDLESS, JR. | B-1 |
| JOHN W. MCCLURE | B-1 |
| GREGORY E. POTH | B-1 |

p. _86_

| | |
|---|---|
| PERRY N. SCHWEPPE, JR. | B-7 |
| JOHN J. VALLINA | B-7 |
| JOHN J. WUEST | B-7 |
| WESLEY J. BARTA | B-7 |
| JAMES E. BROWN | B-7 |
| HARRISON F. COERVER | B-7 |
| RICHARD P. CONERLY | B-7 |
| WILLIAM L. DAVIS, JR. | B-7 |
| R. HAL DEAN | B-7 |
| EARL K. DILLE | B-7 |
| PAUL T. DOWLING | B-7 |

JPML FORM 3

p. ~~7~~

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __718__ -- __In re Savings Investment Services Corporation Loan Commitment Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| BERNARD A. EDISON | B-7 |
| THOMAS A. HAYS | B-7 |
| WILLIAM G. HECKMAN | B-7 |
| JOE H. HUNT | B-7 |
| JAMES J. KERLEY | B-7 |
| FRED L. KUHLMANN | B-7 |
| DENNIS P. LONG | B-7 |
| THOMAS H. O'LEARY | B-7 |
| JAMES B. ORTHWEIN | B-7 |
| WILLIAM R. ORTHEWEIN, JR. | B-7 |
| HARVEY SALIGMAN | B-7 |

p. _____ 8

| | |
|---|---|
| DONALD SALIGMAN | B-7 |
| DONALD O. SHNUCK | B-7 |
| FRANCIS A. STROBLE | B-7 |
| FRED W. WENZEL | B-7 |
| JOSEPH G. WERNER | B-7 |
| JOHN A. WRIGHT | B-7 |
| SHELTER CONSTRUCTION MANAGEMENT CORPORATION | B-6, |
| William Sitzer | B-6, |
| William B. Smith | B-7, |
| Joseph E. Lebman | B-7, |
| | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 718 __ IN RE SAVINGS INVESTMENT SERVICES CORPORATION LOAN
COMMITMENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RIVERSIDE, INC. | B-8, B-9, B-10, |
| MAR-SON, INC. | B-9, |
| JAMES G. MARAGOS | B-9, |
| STEVE G. MARAGOS | B-9, |
| PETER G. MARAGOS | B-9, |
| ANGELO G. MARAGOS | B-9, |
| VIVIAN ZIMMERMAN | B-9, |
| KENNETH KNIGHT | B-9, |
| WELDON L. DAINES | B-9, |
| ANDREW G. MARAGOS | B-9, |

p. _____

| | |
|---|---|
| Morgan Stanley & Co. | B-12  7 B-13 |
| Richard Wallgren | B-12 |
| St. Louis Union Trust Company | B-15 |
| Louis J. Bodnar, | B-15 |
| Bodnar & Williams | B-15 |
| HRS Provo, Inc. | B-16 |
| ABW Provo, Inc. | B-16 |
| PFE Provo, Inc. | B-16 |
| Herbert G. Hoover | B-16 |
| Marian F. Hoover Family Trust | B-16 |
| RLS Provo, Inc. | B-16 |

```
<party>A.G. Edwards & Sons, Inc.
<id#>A-2, A-3
<>

<party>Arwood, Gene
<id#>A-4 , B-5
<>

<party>Arwood, Jean P.
<id#>A-2, B-6, B-7
<>

<party>Bates, Robert P.
<id#>A-2  B-5
<>

<party>Bates, Robert P.
<id#>A-4, B-6, B-7
<>

<party>Capital Federal Savings Bank
<id#>A-1, A-2, B-6
<>

<party>Capitol Federal Savings and Loan of Oklahoma City, OK
<id#>A-4
<>

<party>Citizens Federal Savings and Loan Assn. of Jacksonville, FL
<id#>A-4  , B-14
<>

<party>Continental Federal Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6
<> .

<party>Davis, William L.
<id#>A-4 , B-5
<>

<party>Davis, William L.
<id#>A-2, B-6, B-7
<>

<party>Deason, Darrel
<id#>A-2 , B-5, B-6, B-7
<>

<party>Deason, Darrell
<id#>A-4
```

718.

<>

<party>Dubail, Judge, Kilker, O'Leary & Smith
<id#>A-2, A-3, B-6, B-15
<>

<party>Duncan Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6
<>

<party>Fairview Savings and Loan Assns.
<id#>A-1, A-2, A-4, B-6
<>

<party>Family Federal Savings and Loan of Sapulpa, OK
<id#>A-4
<>

<party>Federal Savings and Loan Insurance Corp.
<id#>A-4
<>

<party>Fidelity Federal Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6
<>

<party>Financial Management Services, Inc.
<id#>A-1, A-2, A-3, B-5
<>

<party>Financial Management Services, Inc.
<id#>A-4, B-6, B-7
<>

<party>First Federal Savings and Loan Assn. of Chickasha
<id#>A-1, A-2, A-4, B-5, B-6, B-7
<>

<party>First Federal Savings and Loan Assn. of Elk City
<id#>A-1, A-2, A-4, B-6
<>

<party>First Federal Savings and Loan Assn. of Shawnee
<id#>A-1, A-2, A-4, B-5, B-6, B-17
<>

<party>First Federal Savings and Loan Assn. of Wewoka
<id#>A-1, A-2, A-4, B-6
<>

<party>First Federal Savings Bank and Trust   B-17

<id#>A-4
<>

<party>First Western Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6
<>

<party>Florida Federal Savings and Loan Assn.
<id#>A-4, B-17
<>

<party>Frontier Federal Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6, B-12, B-13
B-5
<>

<party>Great Plains Federal Savings and Loan Assn.
<id#>A-1, A-2, B-6, B-7
<>

<party>Great Plains Federal Savings and Loan Assn., Weatherford,
Oklahoma
<id#>A-4, B-5
<>

<party>Green Country Federal Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6
<>

<party>Heitner Corp.
<id#>A-1, A-2, A-3, B-6
<>

<party>Home Federal Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-6
<>

<party>Home Savings and Loan of Lawton, OK
<id#>A-4
<>

<party>Home Savings Bank, F.A.
<id#>A-1, A-2, B-6
<>

<party>Homestead Savings and Loan Assn.
<id#>A-1, A-2, A-4, B-5, B-6
<>

<party>Horn, John




<id#>A-4, B-5
<>

<party>Houston, David L.

<id#>A-2

<party>Hudson & Gordon
<id#>A-1, A-2, A-3
<>

<party>Hudson & Gordon
<id#>A-4
<>

<party>Hudson, John
<id#>A-1, A-2
<>

<party>Hudson, John D.
<id#>A-4
<>

<party>Investors Federal Savings Bank
<id#>A-1, A-2, A-4
<>

<party>Liberty Federal Savings and Loan Assn. of Enid
<id#>A-1, A-2, A-4
<>

<party>Mercantile Trust Co., N.A.
<id#>A-1
<>

<party>Meyer, Earl
<id#>A-2
<>

<party>Meyer, Earl
<id#>A-4
<>

<party>Mid-America Federal Savings and Loan Assn.
<id#>A-1, A-2, A-4
<>

<party>Mittelstet, Ed
<id#>A-2
<>

<party>Mittelstet, Ed
<id#>A-4
<>

<party>Morgan Stanley Mortgage Capital Inc.
<id#>A-4

party>Mutual Federal Savings and Loan Assn.
d#>A-1, A-2, A-4, B-6

party>Namer, David
d#>A-1, A-2, A-3, B-6, B-7

arty>Namer, David
d#>A-4  B-5

arty>Newman & Associates, Inc.
d#>A-2, A-3

arty>Northwest Federal Savings and Loan Assn.
d#>A-1, A-2, A-4, B-5, B-6, B-7

arty>O.K. Federal Savings and Loan Assn.
d#>A-1, A-2, A-4  B-5 B-6

arty>Okmulgee Savings and Loan Associations
d#>A-1, A-2, A-4, B-6

arty>Peoples Federal Savings and Loan Assn. (Ardmore, TX)
d#>A-1, A-2, A-4 B-6 B-7

arty>Phoenix Federal Savings and Loan  (Muskogee, OK)
d#>A-4 B-6

arty>Phoenix Federal Savings and Loan Assn. (Blackwell, OK)
d#>A-1, A-2, A-4

arty>Sapulpa Federal Savings and Loan of Sapulpa, OK
d#>A-4

rty>Savings Investment Service Corp.
#>A-1, A-2, A-3, B-5

rty>Sooner Federal Savings and Loan Assn.
#>A-1, A-2, A-4, B-6

rty>State Federal Savings and Loan Assn.
#>A-1, A-2, A-4, B-6, B-7

rty>Stefka, Arthur
#>A-4, B-5

rty>Stillwater Savings and Loan Assn.
#>A-1, A-2, A-4, B-6

rty>The Banking Center
#>A-4, B-13, B-14

rty>United Federal Savings and Loan Assn.
#>A-1, A-2, A-4, B-6, B-7

rty>Victor Federal Savings and Loan Assn.
#>A-1, A-2

rty>Victor Savings and Loan of Muskogee, Oklahoma
#>A-4, B-6

ty>Walsh, Joseph T.
#>A-2, B-7, B-15

ty>White, Lee
#>A-4, B-5, B-6, B-7

ty>White, Lee
#>A-2

Williams, Richard; B-11

ty>Whitestone Savings, F.A.
>A-4, B-17

ty>Wilkinson, James
>A-4, B-5

ty>Wilkinson, James W.
>A-2, B-6, B-7

ty>Wright, Bruce

>A-4

ty>Wright, Bruce C.
>A-2, A-3, B - ≤ B-7

ty>Ziegler, Harvey G.
>A-4, B- M

Morgan Stanley & Co, - B-11, B-13