JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 10 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 718

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SAVINGS INVESTMENT SERVICE CORPORATION LOAN COMMITMENT LITIGATION

TRANSFER ORDER*

This litigation presently consists of four actions pending in three districts as follows:

    Eastern District of Missouri    2 actions
    District of North Dakota        1 action
    Western District of Oklahoma    1 action

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, seeking centralization of the actions in the Western District of Oklahoma for coordinated or consolidated pretrial proceedings.[1]/ Certain responding parties have also suggested the Eastern District of Missouri as transferee forum in the event the Panel decided to centralize all or part of the actions in this docket.

On the basis of the papers filed and the hearing held, the Panel finds that these four actions involve common questions of fact and that centralization under Section 1407 in the Western District of Oklahoma will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions involve claims arising from the now bankrupt Savings Investment Service Corporation's (SISCORP) failure to fund loan commitments made by it with respect to a number of commercial real estate projects. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary. Certain parties have asserted that the particular claims in certain actions or the status of proceedings in certain actions render those actions inappropriate for inclusion in Section 1407 proceedings. It may be, on further refinement of the issues

---

*   Judge Fred Daugherty recused himself and took no part in the decision of this matter. Judge Louis H. Pollak also took no part in the decision of this matter.

[1]/ The Panel has been apprised of additional related actions in various districts that were either filed too late or came too late to the various moving parties' attention in order to be subject to the motion now before the Panel. These actions will be treated as potential tag-along actions in accordance with Panel Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

and close scrutiny by the transferee judge, that some claims or actions can be remanded in advance of the other actions in the transferee district. But we are unwilling, on the basis of the record before us, to make such a determination at this time. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. See Rule 11, R.P.J.P.M.L., 89 F.R.D. 273, 280-82 (1981).

In designating the Western District of Oklahoma as transferee forum, we note that 1) more than 40 of the key parties to the various actions (including SISCORP, SISCORP's shareholders, their officers and employees, and SISCORP's counsel) are located in Oklahoma, along with the entirety of their books and records; 2) the bankruptcy proceedings of SISCORP are pending in the Western District of Oklahoma; and 3) the Honorable David L. Russell, to whom we are assigning this litigation, has gained familiarity with the issues in this litigation as a result of presiding over related proceedings in the Oklahoma district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Western District of Oklahoma be, and the same hereby are, transferred to the Western District of Oklahoma and, with the consent of that court, assigned to the Honorable David L. Russell for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

FOR THE PANEL:

/s/ Andrew A. Caffrey
_____
Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-718 -- In re Savings Investment Service Corporation Loan
         Commitment Litigation</u>

    <u>District of North Dakota</u>

<u>Riverside, Inc., et al. v. Savings Investment Service Corp.,
   et al., C.A. No. A4-85-185</u>

    <u>Eastern District of Missouri</u>

<u>Mercantile Bank National Association v. Savings Investment
   Service Corp., et al., C.A. No. 86-285-C-4</u>
<u>Edwin J. Musil, etc. v. The Heitner Corp., et al., C.A. No.
   CV-86-1665-C-6</u>

    <u>Western District of Oklahoma</u>

<u>Fourth & Broadway Associates, Ltd., et al. v. First Federal
   Savings and Loan, Chickasha, Oklahoma, et al., C.A. No.
   CIV-87-287-R</u>